■ In the Matter of the Estate of SYLVIA K. SCHUMACHER, Deceased. KEITH V. SCHUMACHER et al., Respondents; JOHN R. HUTT, Appellant. [600 NYS2d 670] —Order unanimously affirmed without costs for reasons stated in decision at Niagara County Surrogate's Court, DiFlorio, S. (Appeal from Order of Niagara County Surrogate's Court, DiFlorio, S.—Settle Estate.) Present —Denman, P. J., Pine, Balio, Boomer and Davis, JJ.